UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62156-CIV-SMITH/VALLE

IRIS GARCIA,

    Plaintiff,

v.

PCM LOGISTICS, LLC, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 24], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice [DE 21]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that:

1. The Report and Recommendation [DE 24] is **AFFIRMED** and **ADOPTED**.
2. The Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice [DE 21] is **GRANTED**.
3. The parties' Settlement Agreement [DE 21-1] is **APPROVED**.
4. The case is **DISMISSED with prejudice**.
5. The Court will retain jurisdiction over this matter for thirty (30) days for the limited purpose of enforcing the parties' Settlement Agreement.
6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 28th day of April, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record